UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE L. JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company doing business as THE TRAVELERS INDEMNITY COMPANY,<br><br>            Defendants. | No. 3-22-CV-5513<br><br>**DECLARATION OF JAMES BURNHAM** |

I, JAMES BURNHAM, hereby declare as follows:

1.  I am the claims professional assigned by The Standard Fire Insurance Company ("SFIC") to handle the Underinsured Motorists ("UIM") claim made by Plaintiff. I am over the age of eighteen, am competent to testify, and make this declaration based upon my personal knowledge and on the records and files maintained by SFIC in the ordinary course of business.

2.  I have reviewed the pertinent claims file and claims correspondence. I am familiar with the facts regarding the claim and coverage determinations made by SFIC in this matter. As a result, this declaration is made on personal knowledge.

3.  On November 4, 2021. SFIC received notice that Lonnie Johnson (Plaintiff) was

DECLARATION OF JAMES BURNHAM – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

involved in a motor vehicle accident in which the at-fault driver of a Chevy Cruze struck the C-tran bus Plaintiff was driving.

4. Upon receiving notice of the Subject Accident, SFIC opened a claim and initiated its good faith claims investigation.

5. Upon receipt of Plaintiff's formal UIM demand (see Dkt. 2-3), SFIC initiated its good faith investigation of Plaintiff's UIM claim.

6. In the course of claims handling SFIC conducted an evaluation relative to the potential value of Plaintiff's UIM claim.

7. Relative to his medical care, Plaintiff treated consistently for five months with a two-month gap before his final medical visit on September 7, 2021.

8. Through its investigation, and analysis SFIC concluded that the maximum amount of UIM benefits payable for the Subject Accident was between $34,907.99 and $45,563.99.

9. Attached as Exhibit A is a true and correct copy of the claims file notes documenting the evaluation of the Plaintiff's claim.

10. SFIC offered Plaintiff $34,907.99 to settle his claim.

11. Attached as Exhibit B is a true and correct copy of the $34,907.99 offer.

12. This offer was rejected.

13. Plaintiff filed his initial complaint March 28, 2022.

14. Based upon the information contained in the initial complaint as well as all information available to SFIC, SFIC concluded that as of March 28, 2022, the maximum amount in controversy was below $75,000.

1  I DECLARE PURSUANT TO THE LAWS OF PERJURY OF THE UNITED
2  STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

         DATED   8/12/2022           (date),   at   Oregon City    (city),
         Oregon                      (State).

                                            *James K. Burnham*
                                            James Burnham

DECLARATION OF JAMES BURNHAM – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  **CERTIFICATE OF SERVICE**

2  The undersigned hereby certifies under the penalty of perjury under the laws of the State

3  of Washington that on this date I caused to be served in the manner noted below a true and correct

4  copy of the foregoing on the following party(ies):

Thomas Hojem
Caron, Colven, Robison & Shafton, P.S.
900 Washington Street, Suite 1000
Vancouver, WA 98660
Ph: (360) 699-3001
Fax: (360) 699-3012
Portland ph: (503) 222-0275
thojem@ccrslaw.com
rmoore@ccrslaw.com
*Plaintiff's Counsel*

**By:**   [ ] First Class Mail    [X] E-Service/Email    [ ] Legal Messenger

DATED this 15 day of August, 2022 at Seattle, Washington.

/s/ Nico Schulz
Nico Schulz | Paralegal

DECLARATION OF JAMES BURNHAM – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544