The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LONNIE JOHNSON, | Case No. 3:22-cv-5513-BHS |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE COUNSEL** |
| vs. | |
| THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company d.b.a. THE TRAVELERS INDEMNITY COMPANY, | NOTE ON MOTION CALENDAR: October 5, 2022 |
| Defendants. | |

THIS MATTER has come before the Court on the parties' Stipulated Motion to Substitute Counsel

The COURT FINDS and ORDERS that the Stipulated Motion to Substitute Counsel is granted.

DONE this 11th day of October, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO SUBSTITUTE COUNSEL
3:22-cv-5513-BHS
Page 1 of 3

Schauermann Thayer
Jacobs Staples & Edwards, PS
1700 E. Fourth Plain Blvd.
Vancouver, WA 98661
(360) 695-4244

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING STIPULATED MOTION
TO SUBSTITUTE COUNSEL
3:22-cv-5513-BHS
Page 2 of 3

Schauermann Thayer
Jacobs Staples & Edwards, PS
1700 E. Fourth Plain Blvd.
Vancouver, WA  98661
(360) 695-4244

1  *Presented by:*

2                                    **SCHAUERMANN THAYER**

3

4                                    _____
                                     Bradley J. Thayer, WSBA #50005
5                                    *Attorney for Plaintiff*
                                     1700 E. Fourth Plain Blvd.
6                                    Vancouver, WA 98661
                                     Tel: (360) 695-4244 | Fax: (360) 696-0583
7                                    BradT@stlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25